McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>2002 CHEVROLET SILVERADO PICK-UP TRUCK, CALIFORNIA LICENSE NUMBER 6X91914, VIN:2GCEC19T621327302,<br><br>             Defendant. | 2:04-MC-00273-DFL-KJM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

    It is hereby stipulated by and between the United States of America and claimant Rodney Butler ("Claimant"), by and through his respective attorney, as follows:

    1.  On June 1, 2004, Claimant filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the 2002 Chevrolet Silverado Pick-up Truck, VIN:2GCEC19T621327302 (the "vehicle"), which was seized on or about January 8, 2004.

    2.  The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the

1  vehicle as required by law in the administrative forfeiture
2  proceeding.
3       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
4  required to file a complaint for forfeiture against the vehicle
5  and/or to obtain an indictment alleging that the vehicle is subject
6  to forfeiture within 90 days after a claim has been filed in the
7  administrative forfeiture proceedings, unless the court extends the
8  deadline for good cause shown or by agreement of the parties.
9       4.   By Stipulation and Order filed August 31, 2004, the
10 parties stipulated to extend to October 29, 2004, the time in which
11 the United States is required to file a civil complaint for
12 forfeiture against the property and/or to obtain an indictment
13 alleging that the property is subject to forfeiture.
14      5.   By Stipulation and Order filed November 2, 2004, the
15 parties stipulated to extend to December 28, 2004, the time in
16 which the United States is required to file a civil complaint for
17 forfeiture against the property and/or to obtain an indictment
18 alleging that the property is subject to forfeiture.
19      6.   By Stipulation and Order filed December 22, 2004, the
20 parties stipulated to extend to February 11, 2005, the time in
21 which the United States is required to file a civil complaint for
22 forfeiture against the property and/or to obtain an indictment
23 alleging that the property is subject to forfeiture.
24      7.   By Stipulation and Order filed February 10, 2005, the
25 parties stipulated to extend to April 11, 2005, the time in which
26 the United States is required to file a civil complaint for
27
28
                                  2

forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture.

8. By Stipulation and Order filed April 13, 2005, the parties stipulated to extend to July 1, 2005, the time in which the United States is required to file a civil complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 1, 2005, the time in which the United States is required to file a civil complaint for forfeiture against the vehicle and/or to obtain an indictment alleging that the vehicle is subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the vehicle and/or to obtain an indictment alleging that the vehicle is subject to forfeiture shall be extended to September 1, 2005.

DATED: 7/01/05            McGREGOR W. SCOTT
                          United States Attorney

                          /s/ Mary L. Grad
                          MARY L. GRAD
                          Assistant U.S. Attorney

DATE: 7/1/05              /s/ David M. Dudley by John Chang
                          DAVID M. DUDLEY
                          Attorney for Claimant
                          (Original signature retained by attorney)

**IT IS SO ORDERED.**

DATED: 7/7/2005           /s/ David F. Levi
                          DAVID F. LEVI
                          United States District Judge

3